UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

ELVERT D. HALL,　　　　　　　　　　　　　)
　　　　　　Plaintiff,　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　　) **JUDGMENT IN A CIVIL CASE**
　　v.　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　　) **CASE NO. 7:16-CV-11-D**
NANCY A. BERRYHILL, Acting Commissioner　)
of Social Security,　　　　　　　　　　　　)
　　　　　　Defendant.　　　　　　　　　　)

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court adopts the conclusions in the M&R [D.E. 26]. Plaintiffs motion for judgment on the pleadings [D.E. 21] is GRANTED, defendant's motion for judgment on the pleadings [D.E. 23] is DENIED, and the action is REMANDED to the Commissioner under sentence four of 42 U.S.C. § 405(g).

**This Judgment Filed and Entered on February 21, 2017, and Copies To:**
| | |
|---|---|
| Jonathan P. Miller | (via CM/ECF electronic notification) |
| David M. Mansfield | (via CM/ECF electronic notification) |

DATE:　　　　　　　　　　　　　　　　JULIE RICHARDS JOHNSTON, CLERK
February 21, 2017　　　　　　　　　　(By) /s/ Nicole Briggeman
　　　　　　　　　　　　　　　　　　　　Deputy Clerk